**Order entered February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00604-CR

**ALAN LEE WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1257841-R**

## ORDER

The Court has before it appellee the State of Texas's February 11, 2015 Motion to File Contemporaneously-Tendered Response Brief. By Order of February 2, 2015, we ordered the State to file its brief within ten days of the date of the Order. The State filed this motion and tendered its brief within ten days of the Order. We **GRANT** the motion and **DIRECT** the Clerk to file the State's brief tendered with its motion.

/s/     ROBERT M. FILLMORE
         PRESIDING JUSTICE